UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION
NO: 4:11-CR-4-1-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DELVON DONTE MASSENBERG, | ) | |
| Defendant | ) | |

This matter is before the court on the government's motion to seal docket entry 57 in its

entirety, which includes the government's 31 October 2011 motion in limine and the

accompanying exhibits.  The government also seeks to seal the order disposing of the motion in

limine.

The exhibits to the motion in limine include documents relating to instances of a witness'

conduct contained within his personnel records.  Good cause exists to seal the motion in limine

and the accompanying exhibits because the court has ruled that the evidence contained in the

exhibits would be inadmissible at trial.  However, the court finds that good cause does not exist

to seal the oral order disposing of the government's motion in limine (see DE # 61 and the 1

November 2011 docket entry immediately following DE # 61).  As a result, the government's

motion to seal (DE # 59) is GRANTED IN PART and DENIED IN PART.  The Clerk of Court

is DIRECTED to maintain docket entry 57 and the accompanying exhibits under seal.  The

court's oral order disposing of the motion in limine shall remain unsealed.

This 3 November 2011.

_____
W. Earl Britt
Senior U.S. District Judge